JS-6

JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Joseph F. Holenbrook, aka Joe<br><br>Holenbrook,<br><br>                    Defendant | No.  CV 13-3050<br><br>CONSENT JUDGMENT |

    Pursuant to the above stipulation of the parties,
Judgment is hereby entered in favor of Plaintiff, UNITED
STATES OF AMERICA, against Defendant, Joseph F. Holenbrook,
aka Joe Holenbrook, in the principal amount of $5,450.23
plus interest accrued to April 15, 2013, in the sum of
$8,001.24; with interest accruing thereafter at the daily
rate of $1.17 until entry of judgment, administration costs
in the amount of $33.95, for a total amount of $**13,485.42**.

DATED: May 8, 2013            By: Terry Nafisi
                                  Clerk of the Court

                                  /s/ B. Pacillas
                                  Deputy Clerk
                                  United States District Court